IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| James Johnson, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:12cv977 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Commissioner of Social Security, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on January 14, 2014 (Doc. 15), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired January 31, 2014, hereby ADOPTS said Report and Recommendation.

Accordingly, defendant's decision is supported by substantial evidence and is therefore **AFFIRMED.**  This case is hereby **TERMINATED** from the docket.

IT IS SO ORDERED.

                                                                  s/Susan J. Dlott
                                                        Chief Judge Susan J. Dlott
                                                        United States District Court